## Griffin Appeal.

Argued November 20, 1952. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY and MUSMANNO, JJ.

648

652

*John M. Smith, Jr.,* for appellant.

*Ralph S. Croskey,* with him *John Martin Doyle,* for appellee.

OPINION PER CURIAM, November 25, 1952:

The decree of the court below is affirmed on the opinion of Judges PARRY and MAWHINNEY.

It was suggested during the course of the argument that the degree of appellant's moral turpitude disclosed in the record of the disbarment proceedings did not justify his disbarment, but, at most, his suspension for a limited period of time. This suggestion would, more properly, be for the consideration of the court if an application for reinstatement be filed at some future time.